**Thomas C. Seabaugh** (SBN 272458)
The Law Office of Thomas C. Seabaugh
355 S. Grand Ave, Ste 2450
Los Angeles, CA 90071
Tel:  213-255-5850
Email:  tseabaugh@seabaughfirm.com

*Attorneys for Plaintiff,* BOSTON MORELAND

**HYDEE FELDSTEIN SOTO**, City Attorney (SBN 106866)
**DENISE C. MILLS**, Chief Deputy City Attorney (SBN 191992)
**KATHLEEN KENEALY**, Chief Assistant City Attorney (SBN 212289)
**CHRISTIAN R. BOJORQUEZ**, Deputy City Attorney (SBN 192872)
**REBECCA E. HUNTER,** Deputy City Attorney (SBN 271420)
200 North Main Street, 6th Floor, City Hall East
Los Angeles, CA 90012
Phone No.: (213) 978-6900   |   Fax No.: (213) 978-8785
Email: rebecca.hunter@lacity.org

*Attorneys for Defendants*, CITY OF LOS ANGELES and MARCO ROLON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSTON MORELAND,<br><br>    Plaintiff(s),<br><br>  v.<br><br>CITY OF LOS ANGELES; MARCO ROLON; and DOES 2-10, identities unknown,<br><br>    Defendant(s). | CASE NO. 2:24-cv-07728-CBM-PVC<br>*Hon. Consuelo B. Marshall – Ctrm. 8D*<br>*Hon. Mag. Pedro V. Castillo – Ctrm. 590*<br><br>**JOINT [PROPOSED] WITNESS LIST**<br><br>**FPTC**<br>Date: February 10, 2026<br>Time: 2:30 PM<br><br>**Trial**<br>Date: March 10, 2026<br>Time: 10:00 AM<br>Ctrm: 8D |

1

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and Local Rule 16.5, Defendants CITY OF LOS ANGELES and MARCO ROLON and Plaintiff BOSTON MORELAND jointly identify the following witnesses who are expected to be called to testify at trial. Pursuant to Local Rule 16.5, witnesses marked with an asterisk (*) may be called only if the need arises.

Plaintiff reserves the right to call any of these witnesses as adverse witnesses in his case in chief.

| Witness's Name, Title, Affiliation (If Relevant) | Summary of Testimony | Direct Exam (Hours) | Cross Exam (Hours) |
| --- | --- | --- | --- |
| Boston Moreland – Plaintiff | Plaintiff intends to testify regarding the incident that occurred and the claimed damages. | 2.0 | 2.0 |
| Officer Marco Rolon – Defendant/LAPD | Defendant Rolon intends to testify regarding the incident giving rise to Plaintiff's claims and the policies, training and use of a 40mm non-lethal munitions during protests. | 2.0 | 3.0 |
| Sgt. Robert Quiroz – Witness/LAPD | Defendants intend to call this witness to testify as to policies, training and practices of a 40mm non-lethal munitions and its use during protests at the time of the incident. | 0.5 | 0.5 |

2

| | | | |
|---|---|---|---|
| Sgt. Carlos Cruz – Witness/LAPD | Defendants intend to call this witness to testify regarding the protest at USC and the request for LAPD assistance and the LAPD's response at the USC Campus for the group that included Defendant, Marco Rolon. Additionally, can testify regarding the LAPD's response after the 40mm was reported as discharged. | 0.5 | 0.5 |
| Ed Flosi – Defendants' Expert Police Practices Expert | Defendants intend to call this witness to testify as to his opinions and regarding police practices responding to a protest, responding to a crowd throwing items at law enforcement and the use of 40mm non-lethal munition by police. | 1.0 | 1.0 |

3

| | | | |
|---|---|---|---|
| Capt. Alonso Mendoza – Witness/LAPD* | Defendants intend to call this witness to testify regarding the protest at USC and the request for LAPD assistance and the LAPD's response at the USC Campus. Additionally, he may be called to testify regarding the LAPD's response after the 40mm non-lethal munitions was reported as discharged. | 0.5 | 0.5 |
| Officer Thomas Howe – Witness/LAPD* | Defendants intend to call this witness to testify regarding the incident giving rise to Plaintiff's claims, a description of the individual that Defendants contend was a threat to law enforcement in conjunction with the policies, training and use of a 40mm non-lethal munitions during protests. | 0.5 | 0.5 |

| Officer Jesus Ramos – Witness/LAPD* | Defendants intend to call this witness to testify regarding the incident giving rise to Plaintiff's claims, a description of the individual that Defendants contend was a threat to law enforcement in conjunction with the policies, training and use of a 40mm non-lethal munitions during protests. | 0.5 | 0.5 |
| Lt. Jeremy Ortiz – Witness/LAPD* | Defendants intend to call this witness to testify regarding the protest at USC and the request for LAPD assistance and the LAPD's response at the USC Campus and the threat that Defendants contend was posed to officers. Additionally, he may be asked to testify regarding the policies, training and use of a 40mm non-lethal munitions during protests. | 0.5 | 0.5 |

| | | | |
|---|---|---|---|
| Lt. Paul Shearholdt – Witness/LAPD* | Defendants intend to call this witness to testify regarding the protest at USC and the request for LAPD assistance and the LAPD's response at the USC Campus and the threat that Defendants contend was posed to officers. Additionally, he may be asked to testify regarding the policies, training and use of a 40mm non-lethal munitions during protests. | 0.5 | 0.5 |
| Lorraine Moreland – Damages Witness | This witness is expected to testify regarding damages as Plaintiff's mother, including how the incident and injury affected Plaintiff. | 0.5 | 0.5 |
| Arlow Moreland – Damages Witness | This witness is expected to testify regarding damages as Plaintiff's father, including how the incident and injury affected Plaintiff. | 0.5 | 0.5 |

| Claire (Clei) Barnhart – Damages Witness | This witness is expected to testify regarding damages based on a close relationship with Plaintiff, including how the incident and injury affected Plaintiff. | 0.5 | 0.5 |
|---|---|---|---|
| Roger Clark – Police Practices Expert | Plaintiff intends to call Roger Clark to testify as to his opinions regarding the incident from the standpoint of police practices. | 1.0 | 1.0 |
| Dr. Victoria A. Nguyen* – Medical Evaluation and Treatment | If Dr. Nguyen is called to testify, she is expected to be examined regarding her evaluation and treatment of Mr. Moreland on April 25, 2024, regarding any opinions or diagnoses she reached and the bases for them, and regarding any related reports or records. | 0.5 | 0.5 |

7

| Dr. Onur M. Yenigun* – Medical Evaluation and Treatment | If Dr. Yenigun is called to testify, he is expected to be examined regarding his evaluation and treatment of Mr. Moreland on April 25, 2024, regarding any opinions or diagnoses he reached and the bases for them, and regarding any related reports or records. | 0.5 | 0.5 |

8

| | | | |
|---|---|---|---|
| Dr. Arta Daryoosh Shirkhodai* – Medical Evaluation and Treatment | If Dr. Shirkhodai is called to testify, he is expected to be examined regarding his evaluation and treatment of Mr. Moreland on May 13, 2024, including any follow-up care, regarding the cost of any treatment rendered to date, regarding any opinions or diagnoses he reached and the bases for them, regarding any related reports or records, and regarding any recommendations he has made for future treatment and/or the cost of such treatment. | 0.5 | 0.5 |
| Sergeant II Jay Balgemino* – Witness/LAPD | Plaintiff may call this witness to confirm that USC Department of Public Safety officers did not carry a 40mm less lethal weapon on the night of the incident. | 0.5 | 0.5 |

9

| William Webster – Captain, Administrative Bureau, USC Department of Public Safety* | Plaintiff may call this witness to confirm that USC Department of Public Safety officers did not carry a 40mm less lethal weapon on the night of the incident. | 0.5 | 0.5 |
|---|---|---|---|

Dated: January 20, 2026

**LAW OFFICE OF THOMAS C. SEABAUGH**

By: __/s/ *Thomas C. Seabaugh*_____

    Thomas C. Seabaugh
*Attorney for Plaintiff*, Boston Moreland


Dated: January 20, 2026

**HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney

By: _____*Rebecca E. Hunter*_____

    **REBECCA E. HUNTER**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES and
MARCO ROLON

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that counsel for Defendants in the content of this filing and has authorized this filing.


Dated: January 20, 2026        **LAW OFFICE OF THOMAS C. SEABAUGH**

By: __/s/ *Thomas C. Seabaugh*_____
        Thomas C. Seabaugh
*Attorney for Plaintiff*, Boston Moreland