Thomas C. Seabaugh, SBN 272458
THE LAW OFFICE OF THOMAS C. SEABAUGH
355 South Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (213) 225-5850
Email: tseabaugh@seabaughfirm.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BOSTON MORELAND,

              Plaintiff,

    vs.

CITY OF LOS ANGELES, et al,

              Defendants,

Case No. 2:24-cv-07728-CBM-PVC

Hon. Consuelo B. Marshall

**JOINT STATUS REPORT REGARDING CONDITIONAL SETTLEMENT**

**[Proposed Order]**

## STATUS REPORT

The parties to this matter jointly report as follows:

1.    As indicated in the parties' prior status reports, this case is the subject of a settlement conditioned on approval by the relevant authorities of the City of Los Angeles and on the execution of a settlement agreement and release. The Court previously directed the parties to dismiss the case by June 15, 2026.

2.    In the previous report, the parties indicated that a disagreement had emerged regarding the language of the settlement agreement, and they proposed "to take additional time to resolve the differences regarding the form of the release agreement." The parties are pleased to report that after months of deadlock over certain terms, the parties' counsel have finally reached agreement on the acceptable

-1-        2:24-cv-07728-CBM-PVC
STATUS REPORT

language of the settlement agreement on June 12, 2026 with the assistance of mediator Rick Copeland.

3.    While the parties regret that they are not able to dismiss the case by today's date, they expect a relatively more speedy time frame for approval and payment now that the deadlock over the language of the settlement agreement has been broken.

4.    The parties propose to take additional time to complete the settlement and dismiss the case. Specifically, they propose to dismiss the case within 60 days or file a joint status report indicating why they have not been able to do so.

Respectfully Submitted,

Dated: June 15, 2026    **HYDEE FELDSTEIN SOTO**, City Attorney
**DENISE C. MILLS**, Chief Deputy City Attorney
**KATHLEEN KENEALY**, Chief Assistant City Attorney
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney

By: _____*Rebecca E. Hunter*_____
**REBECCA E. HUNTER**, Deputy City Attorney
*Attorneys for Defendants*, CITY OF LOS ANGELES and MARCO ROLON

Dated: June 15, 2026    **THE LAW OFFICE OF THOMAS C. SEABAUGH**

By: *Thomas C. Seabaugh*

Thomas C. Seabaugh, *Attorney for Plaintiff*

-2-                    2:24-cv-07728-CBM-PVC